HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JOSELITO FRIAS-MUÑOZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>vs.<br><br>JOSELITO FRIAS-MUÑOZ,<br><br>    *Defendant*. | Case No.  1:08-cr-00316 LJO-BAM<br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE; [PROPOSED] ORDER THEREON |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, JOSELITO FRIAS-MUÑOZ, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Assistant Federal Defender, Victor M. Chavez, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Specifically, Mr. Frias-Muñoz requests that the Court excuse his presence from his status conference on November 30, 2016.  Defendant is in custody and housed at the Lerdo Facility.  Due to medical issues transport is painful for Mr. Frias-Muñoz and he requests to be excused

from Court when his presence is not essential.  On November 30, 2016 defense counsel will request additional time to study the case.

DATED: November 29, 2016        /s/ *Joselito Frias-Muñoz*
                                JOSELITO FRIAS-MUÑOZ

DATED: November 29, 2016        /s/ *Victor M. Chavez*
                                VICTOR M. CHAVEZ
                                Assistant Federal Defender
                                Attorney for JOSELITO FRIAS-MUÑOZ

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:   **November 29, 2016**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE