1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorneys for Defendant
6  JOSELITO FRIAS-MUŃOZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:08-cr-00316 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
|  | ) SENTENCING;  ORDER |
| vs. | ) |
| JOSELITO FRIAS-MUŃOZ, | ) DATE:    September 11, 2017 |
|  | ) TIME:      10:00 a.m. |
| Defendant. | ) JUDGE:  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for Plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for Defendant Joselito Frias-Muńoz, that **the sentencing presently scheduled for July 10, 2017 at 10:00 a.m., may be continued to September 11, 2017 at 10:00 a.m.**

The defense requests this continuance because additional time is needed to seek assistance for Mr. Frias-Muńoz on his immigration issue.

//

//

//

//

//

| | | |
|---|---|---|
| Dated: July 6, 2017 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | */s/ Ross Pearson*<br>ROSS PEARSON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| Dated: July 6, 2017 | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JOSELITO FRIAS-MUŃOZ |

## **O R D E R**

Good cause appearing, the sentencing hearing as to Joselito Frias-Muńoz currently scheduled for July 10, 2017, is continued to **September 11, 2017**, at 10:00am.

IT IS SO ORDERED.

Dated: **July 6, 2017**          **/s/ Lawrence J. O'Neill**
                                 UNITED STATES CHIEF DISTRICT JUDGE